**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 24-6111**

─────────────

MARTINEZ ORLANDIS BLACK,

        Petitioner - Appellant,

     v.

BILLY COOPER,

        Respondent - Appellee.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte.  Robert J. Conrad, Jr., District Judge.  (3:23-cv-00899-RJC)

─────────────

Submitted:  June 13, 2024                              Decided:  June 18, 2024

─────────────

Before RUSHING and HEYTENS, Circuit Judges, and FLOYD, Senior Circuit Judge.

─────────────

Affirmed by unpublished per curiam opinion.

─────────────

Martinez Orlandis Black, Appellant Pro Se.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Martinez Orlandis Black, a state prisoner who was previously sentenced in federal court to 120 months in prison after he pled guilty, pursuant to a plea agreement, to being a felon in possession of a firearm, in violation of 18 U.S.C. § 922(g)(1), seeks to appeal the district court's order denying relief on his 28 U.S.C. § 2241 petition, which challenged the restitution portion his federal criminal judgment. The district court also granted Black's motion to amend his petition to add a claim under *Rehaif v. United States*, 588 U.S. 225 (2019), construed that motion as a 28 U.S.C. § 2255 motion, and dismissed the claim for lack of jurisdiction because the construed motion was successive and unauthorized, but declined to address Black's new claims challenging his good time credits because those claims are pending in other habeas actions currently pending in North Carolina federal courts.

We have reviewed the record in conjunction with the arguments Black raises in his informal brief and find no reversible error. Accordingly, we affirm the district court's order. *Black v. Cooper*, No. 3:23-cv-00899-RJC (W.D.N.C. Jan. 19, 2024). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*

2